```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18365
   JOHN LEE
   PATRICIA LEE                              CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-1876    SSN XXX-XX-2750
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/05/07 .

   2.  The case was converted to Chapter 7 without confirmation, 02/01/2008.

   3.  The Debtor paid a total of $   1266.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| INFINITI FINANCIAL SERVI | SECURED VEHIC | .00 | .00 | 1187.50 |
| ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BERTRAND P MCANDREW CPA | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HOME SHOPPING NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WORLD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 2000.00 | .00 | 21.53 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2000.00 | .00 | .00 | .00 | 2000.00 |

```
PRINCIPAL PAID              1209.03              .00           .00           .00        1209.03
INTEREST PAID                   .00              .00           .00           .00            .00
TOTAL PAID                  1209.03              .00           .00           .00        1209.03
```

The Debtor's attorney, DIMONTE & LIZAK                  , was allowed $          .00
and was paid $        .00 .

The Trustee received $     56.97 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/20/08                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE